CHRISTINA A. DiEDOARDO
Nevada Bar No. 9543
California Bar No. 258714
LAW OFFICES OF CHRISTINA DiEDOARDO
201 Spear Street Suite 1100
San Francisco, CA 94105
(415) 839-5098
Christina@diedoardolaw.com
Counsel for Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No:3:12-CR-00136-HDM-VPC-1 |
| Plaintiff, | ) |
| | ) ORDER APPROVING |
| v. | ) Notice of Appearance and Substitution |
| | ) of Attorney |
| CODY J. QUALTIERI, | ) |
| Defendant | ) |
| _____ | ) . |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF ATTORNEY**

CODY J. QUALTIERI Defendant herein hereby substitutes Christina A. DiEdoardo, Esq., NV Bar No. 9543 with address at 201 Spear Street #1100 San Francisco CA 94105 and telephone 415-839-5098 as attorney of record in place and stead of Mr. Loren Graham, Esq.,

Date: 1/24/2013

/S/Cody J. Qualtieri

I consent to the above substitution and I am duly admitted to practice in this District. I have been retained to represent the Defendant.

Date:   1/24/2013                    /s/*Christina A. DiEdoardo*
                                      Christina A. DiEdoardo
                                      Nevada Bar No. 9543

//

I consent to the above substitution.

Date:   1/24/2013                    /S/Loren Graham
                                     Nevada Bar No. 673

**APPROVED**

Date: 1/31/2013                      *Howard D McKibben*
                                     _____
                                     United States District Judge